In the Matter of the Application of CHEMICAL BANK & TRUST COMPANY, as Trustee under the Unified Mortgage of THE LONG ISLAND RAILROAD COMPANY, Dated March 1, 1899, for Payment of Awards Made for Parcels Nos. 11, 13 and 16 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment as to Damage and Benefit, in the Proceeding to Acquire Title to Eighth Avenue, from 50th Street to Seventh Avenue, in the Borough of Brooklyn, City of New York. CHEMICAL BANK & TRUST COMPANY, as Trustee under the

914

Unified Mortgage of THE LONG ISLAND RAILROAD COMPANY, Dated March 1, 1899, Appellant; THE CITY OF NEW YORK, Respondent.— Order denying appellant's application for an order directing the comptroller of the city of New York to pay to it a condemnation award made in 1904, for which no previous application by the appellant was ever made, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.